UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

**Thomas J. Gillen,**

        Plaintiff,

  -v-                                     ORDER OF DISMISSAL
                                             CV-00-706(TCP)

**Nassau County**,
          Defendant.
----------------------------------------------------------X

       IT IS HEREBY ORDERED, having been advised by the parties on 05/10/2004 that the

above case has settled, the case is dismissed.  A stipulation of settlement should be forwarded

to the Court as promptly as possible.

       IT IS FURTHER ORDERED should the settlement not be consummated the Court will

reopen the case upon receipt of letter from counsel so requesting.

       The Clerk of the Court is directed to mail a copy of this order to all parties and mark

this case closed.


                                      _____
                                      Thomas C. Platt
                                      U.S. District Judge


Dated: Central Islip, NY
     June 23, 2004